[No. 37514-1-II.  Division Two.  April 7, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBYN NICOLE ACKLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-05428-0, Kitty-Ann van Doorninck, J., entered March 17, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 37582-6-II.  Division Two.  April 7, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. JIMMY ERNEST LOUCKS, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00742-8, James W. Lawler, J., entered March 19, 2008. *Remanded* by unpublished opinion per Houghton, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 37673-3-II.  Division Two.  April 7, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN ANTHONY HAGGARD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-04489-0, Lisa R. Worswick, J., entered March 28, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 27059-9-III.  Division Three.  April 9, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. ROSEMAN PIERRE LEXING, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03067-1, Ellen K. Clark, J., entered April 24, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kulik, JJ.